# THE WINTERICH LAW FIRM, LLC

533-D Johnson Ferry Road
Suite 450
Marietta, Georgia 30068

Shawn M. Winterich

Please reply to:
P.O. Box 71203
Marietta, GA 30007-1203

Telephone: 404 668-7766
swinterich@winterichlaw.com

June 22, 2018

Judge Barbara Ellis Monro
c/o Ms. Nicole Williams
U.S. Bankruptcy Court
  for the Northern District of Georgia
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

    RE:   *In re: W. Henry Schwab, Jr.*
           U.S. Bankruptcy Court for the Northern District of Georgia
           Chapter 11 case number 15-66300-BEM/18-ap-05130

Dear Ms. Williams:

## LEAVE OF ABSENCE

     I represent Jennifer Kirsch and The Wycliff Condominium Association, Inc. in the above cases.  There is a telephonic hearing scheduled for June 29, 2018 at noon, for which I will be in my office.  I seek leaves for the following dates:

     June 29 through July 9, 2018;
     July 16 through July 20, 2018 (in town; family medical leave);
     August 1 through 3, 2018 (in town; family leave);
     September 4 through September 10, 2018;
     September 21 through October 1, 2018;
     October 19 through October 29, 2018;
     November 19 through November 26, 2018; and
     December 21, 2018 through January 3, 2019
for vacations and family visits unless otherwise indicated.

Judge Barbara Ellis Monro
c/o Ms. Nicole Williams
U.S. Bankruptcy Court
  for the Northern District of Georgia
June 22, 2018
Page 2

    Please do not schedule any proceedings directly involving the above-named two clients throughout the following dates, as provided in BLR 9010-5(e), on account of family medical leave, out of town family vacations and family visits.

    All leave periods are fewer than 21 work days. Thank you.

                                         Respectfully,

                                         */s/ Shawn M. Winterich*
                                         Shawn M. Winterich

SMW/ns
cc:    Leslie M. Pineyro, Esq. (via ECF and email)
        Tyler W. Henderson, Esq. (via ECF and email)
        Ms. Nicole Williams  (via email)